FILED
2009 May-05 PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| W. SCOTT LATHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | |
| CITIMORTGAGE, INC., A CORPORATION; REGENCY CREDIT LLC, A CORPORATION, | ) ) ) ) | 2:08-CV-01320-RRA |
| | ) | |
| Defendants. | ) | |

**Memorandum Opinion**

This case comes before the court on the defendant's Motion to Compel Arbitration and Stay Proceedings, pursuant to Sections 2, 3 and 4 of the Federal Arbitration Act ("FAA"), 9. U.S.C. § 1 et seq. (Doc. 8.) On April 20, 2009, the magistrate recommended that the motion to compel arbitration be denied. No objections to the recommendation have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. An appropriate order will be entered.

DONE this 5th day of May, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE