FILED
2009 May-05 PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| W. SCOTT LATHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | |
| CITIMORTGAGE, INC., A | ) | 2:08-CV-01320-RRA |
| CORPORATION; REGENCY CREDIT | ) | |
| LLC, A CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case comes before the court on the defendant's Motion to Compel Arbitration and Stay Proceedings, pursuant to Sections 2, 3 and 4 of the Federal Arbitration Act ("FAA"), 9. U.S.C. § 1 et seq. (Doc. 8.) In accordance with the memorandum opinion entered contemporaneously herewith, it is hereby ORDERED, ADJUDGED, and DECREED that the motion is DENIED.

DONE and ORDERED this 5th day of May, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE